**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00854-CV

**HALLIBURTON ENERGY SERVICES, INC., Appellant**

**V.**

**AXIS TECHNOLOGIES, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00267-D**

## ORDER

We **GRANT** appellees' September 19, 2013 unopposed motion for an extension of time to file a brief. Appellees shall file their brief on or before October 24, 2013.

/s/     DAVID LEWIS
           JUSTICE